Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
**REISMAN SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com
*Attorneys for Defendant Lyft, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL ALFARO, an individual; ASHLEY PAUL, an individual<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM E. JOHNSON, an individual; SAMANTHA JOHNSON, an individual; LYFT, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | Case No.: 2:25-cv-02242-CDS-NJK<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT**<br><br>[ECF No. 6] |

///

///

///

///

///

///

///

COMES NOW, Plaintiffs, Terrell Alfaro and Ashley Paul, and Defendant Lyft, Inc., by and through their undersigned counsel of record, and hereby stipulate and agree that this matter be remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-931675-C, Department 6.

DATED this 3rd day of December 2025

**VANNAH & VANNAH**

BY: /s/ L. DiPaul Marrero II, Esq.
L. DiPaul Marrero II, Esq.
Nevada Bar No. 012441
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: 702-369-4161
pmarrero@vannahlaw.com
*Attorneys for Plaintiffs*
*Terrell Alfaro and Ashley Paul*

DATED this 3rd day of December 2025

**REISMAN·SOROKAC**

BY: /s/ Louis E. Garfinkel, Esq.
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
lgarfkinel@rsnvlaw.com
jhagins@rsnvlaw.com
*Attorneys for Defendant Lyft, Inc.*

## ORDER

The parties' stipulation [ECF No. 6] is approved. The Clerk of Court is kindly instructed to remand Case No. A-25-931675-C to the Eighth Judicial District Court, Department 6, and to close this case.

Dated: December 4, 2025

_____
UNITED STATES DISTRICT JUDGE